> Motion GRANTED. The initial case management conference is reset for 5/28/2025 at 3:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KIERRA LACHELLE DOWLEN,** | ) |
| | ) Case No.: 3:24-cv-00522 |
| **Plaintiff,** | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) Magistrate Judge Newbern |
| **THE CITY OF SPRINGFIELD, TENNESSEE, ROBERTSON COUNTY SHERIFF'S DEPARTMENT, TENNESSEE BUREAU OF INVESTIGATION and OFFICER DEFENDANTS JOHN DOES 1-7,** | ) Jury Demand |
| **Defendants.** | ) |

**UNOPPOSED MOTION TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE**

Defendant, City of Springfield, Tennessee (the "City"), by and through its counsel, moves to reset the initial case management conference.

Plaintiff filed this lawsuit asserting claims under 42 U.S.C. § 1983 and Tennessee state law on April 28, 2024. (D.E. 1.) On April 17, 2025, after granting motions to dismiss filed by Robertson County, Tennessee and the Tennessee Bureau of Investigation, the Court set an initial case management conference for May 5, 2025, 3:30 pm. (D.E. 41.) However, undersigned counsel for the City is scheduled to be out of the country on May 5, 2025. Counsel for the City conferred with counsel for Plaintiff, and counsel for Plaintiff does not object to re-setting the initial case management conference. It appears that the parties and the Court are available on May 28, 2025.